■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE WIATROWSKI, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered February 25, 1959, convicting him, upon his plea of guilty, of attempted grand larceny in the second degree, and sentencing him, as a third felony offender, to serve a term of three to four years. Judgment affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.